**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-7648**

———————

FREDDIE EUGENE CASEY,

                            Petitioner - Appellant,

     versus

BUCKINGHAM CORRECTIONAL CENTER WARDEN,

                            Respondent - Appellee.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James P. Jones, District Judge. (CA-97-466-R)

———————

Submitted: August 31, 1999     Decided: September 21, 1999

———————

Before MURNAGHAN and LUTTIG, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Freddie Eugene Casey, Appellant Pro Se. Kathleen B. Martin, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Freddie Eugene Casey seeks to appeal the district court's final order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion and order and decision from the bench and find no reversible error. Finding no merit to Casey's numerous claims of the ineffective assistance of counsel we deny a certificate of appealability and dismiss the appeal. See Strickland v. Washington, 466 U.S. 668, 687-88, 691-95 (1984). We also deny Casey's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED